==========================================================

# United States District Court
# District of Minnesota

Ole Savior  and Peter Idusogie

              Plaintiff(s)

vs.
                        Case No. _10·4483 MSD/FLN_

                        (To be assigned by Clerk of District Court)

THE MINNEAPOLIS STAR TRIBUNE

WCCO–CHANNEL 4 NEWS, KARE 11 NEWS

KSTP NEWS CHANNEL, CHANNEL 9 KMSP         DEMAND FOR JURY TRIAL

ST. PAUL PIONEER PRESS, DULUTH NEWS TRIBUNE     YES_X__     NO___

MN LEAGUE OF WOMEN VOTERS,  HUBERT HUMPHREY INSTITUTE

              Defendant(s)

(Enter the full name(s) of ALL plaintiffs and

 defendants in this lawsuit. Please attach

additional sheets if necessary.)

## DISCRIMINATION COMPLAINT

PARTIES

1.  List your name, address and telephone number. Do the same any additional plaintiffs.

    a. Plaintiff

| | |
|---|---|
| Name | OLE SAVIOR AND PETER IDUSOGIE |
| Street Address | 1905 ELLIOT AVENUE SOUTH |
| County, City | HENEPIN COUNTY, MINNEAPOLIS |
| State & Zip Code | MINNESOTA.      55404 |



Ole` Savior
612-872-8050
Peter Idusogie
952-594-2394

1 of 2



SCANNED
NOV 08 2010
U.S. DISTRICT COURT MPLS

==========================================

# United States District Court
# District of Minnesota

Ole Savior and Peter Idusogie

Plaintiff(s)

vs.

MINNESOTA PUBLIC RADIO (M.P.R)

ALMANAC 172 E 4TH STREET ST. PAUL. MN 55101

OFFICE OF THE MINNESOTA SECRETARY OF STATE

Defendant(s)

(Enter the full name(s) of ALL plaintiffs and

defendants in this lawsuit. Please attach

additional sheets if necessary.)

Case No._____
(To be assigned by Clerk of District Court)


DEMAND FOR JURY TRIAL

YES_X__        NO___

## DISCRIMINATION COMPLAINT

PARTIES

1.  List your name, address and telephone number. Do the same any additional plaintiffs.

    a. Plaintiff

| | |
|---|---|
| Name | OLE SAVIOR AND PETER IDUSOGIE |
| Street Address | 1905 ELLIOT AVENUE SOUTH |
| County, City | HENEPIN COUNTY, MINNEAPOLIS |
| State & Zip Code | MINNESOTA.        55404 |

Ole' Savior
612-872-8050
Peter Idusogie
952-594-2394

2 of 2



## A SYSTEM OF FRAUD BY THE MAIN PRESS IN MINNESOTA

On August 10th 2010, Peter Idusogie from the Democratic Farm Labor (D.F.L) and Ole

Savior Republican(R) were credible candidates registered at the Secretary of State Office of

Minnesota and the Minnesota Campaign Finance Board for the Gubernatorial Primary Election.

Peter Idusogie was one of four (D.F.L) democrats that the people of Minnesota would have an

opportunity to select through the democratic process on whom they wanted, representing their

party for the Governors race on November 2nd. Ole Savior was in a similar position running on

the Republican ticket. Both candidates met the required obligations of the law by paying $600

filing fee in July of this year. It is fair to say a significant number of the voters never heard of

Peter Idusogie and Ole Savior until they saw their names on the ballot when they went to the

voting booth and on television at night on August 10th, 2010. This was to a large extent; because

of the illegal actions of censorship and exclusion on the part of the press to some how

marginalize their campaign, offering preferential treatment to the other candidates. Peter

Idusogie and Ole Savior will be representing themselves Pro SE and are filing a lawsuit with the

U.S Federal Courts and the Minnesota State courts against the illegal activities of the main press

in the Twin Cities and greater Minnesota that violated our first, and ninth amendment

constitutional rights and civil rights.

The main press will be referred to in this petition to the U.S Courts as the defendants. The defendants marginalized the campaign of Peter Idusogie and Ole Savior by subtraction, omission, deception and outright negligence of their duties, and responsibilities of which impartiality and fairness which is sacrosanct should have been their guiding principles. In summary, Peter Idusogie and Ole Savior's name were not even listed in some of the newspapers as candidates running for office prior to August 10th, 2010. The defendants refused to interview or publish any personal profile of Peter Idusogie and Ole Savior in their race for governor which was done to the other candidates in the primary race from the three main political parties. This made it literally impossible for the majority of the people of Minnesota to know Ole Savior and Peter Idusogie existed as candidates running for office or the issues they represented. Media bias by the defendants in their coverage of candidates that excluded Peter Idusogie and Ole Savior undermined their credibility and confidence in the eyes of their supporters because they did not see them written or spoken about by the main press.

It is fair and accurate to say and would be proven in court, the Media listed as the defendants in this case, unduly influenced the outcome of the August 10th primary election result making it a fraud by their deliberate, covert, selective and bias reporting preceding the election on which they deemed credible in the Governors' race. Secondly, it is indeed a fact to mention, that the members of the press listed in this petition to the U.S Court used the amount of money a candidate raised or how wealthy they were to determine seriousness of purpose on the part of the candidate even though the covered candidates may have been unable to inspire this generation, yearning for new solutions to solve old problems.

2.

The amount of money raised and the financial wellbeing of the candidate became the yard stick on whether to cover the candidate; how they covered the candidate and what they covered in each candidate, rather than the wealth of ideas and genuine answers to questions the public may have about the myriad of challenges facing our State today.  In a nutshell, the defendants to a large extent allowed the money each candidate had raised to cloud their judgment as to the ability of the candidate to be an effective future governor and leader of the state of Minnesota. By their actions, the defendants undermined the democratic process by becoming the single most powerful entity in influencing voter selection rather than the issues each candidate stood for. The ratio of coverage given to our counterparts in the republican and Democratic Farm Labor prior to the August 10th, 2010 primary race as compared to the plaintiffs was about a 100 to one. Ole Savior and Peter Idusogie will provide compelling evidence showing the defendants engaged in actions that were absolutely unbecoming of their profession that violated the civil rights and first amendment constitutional rights of the plaintiffs.

In addition to the reckless disregard of our civil and first amendment constitutional rights, the defendants in this petition violated their own code of conduct under the Federal Communication Commission guidelines they sworn to adhere to.  Channel 5 Witness News hosted a debate for the D.F.L candidates two weeks before the primary race and kept Peter Idusogie out of the debate.  When a campaign volunteer of the Peter Idusogie for Governor Campaign contacted them as to why they would only allow 3 out of the four candidates and one of the first black candidates since 1858 to be on the ballot box in a primary race for governor, they said it wasn't their fault and the debate were sponsored by the League of Women Voters who submitted a list of names to them.  They were two minority candidates in the Democratic

· 3

Farm Labor (D.F.L) Primary race.   Ironically, both of these candidates appear to be quite skilled in debates.  Thus, it served the interest and the agenda of the League of Women Voters to ensure a similar 'Hillary/Obama like debate did not repeat itself again in Minnesota fearing the outcome. Idusogie was kept out of the debate based on the so called 5% state wide polling score of each candidate. What was wrong in adding just one more candidate in addition to the three that had already been invited?

   Ole Savior and Peter Idusogie are filing this lawsuit to prove that the defendants unduly influenced the public through the old strategy of repeating a lie until it becomes an established fact.  For example, they continuously gave the impression through their various media channels that they were only three democrats going into the primary race instead of four.  A similar strategy by the media was carried out when reporting about republican candidates running for governor.  Ole Savior was never mentioned as a candidate in the primary election.  Many eligible Minnesota voters were denied the opportunity to assess another candidate that they might have been attracted to because of the simplicity of his message.   Given the uniqueness of Ole Savior and in particular Peter Idusogie in terms of his heritage, the ever changing demographics and the growing diversity of the Minnesota population   it doesn't take a rocket scientist to figure out that he would have been a formidable challenge to the aspirations of his counterparts in the race for Governor.   It is fair to say, 90% of the Minnesota voting public following the race had no idea there were four democrats running for governor in the recently concluded August 10th primary, albeit including some of the judges that would be reviewing this case. Visit

www.mnpeterforgovernor.com

4

In addition, they never mentioned to the public that Ole Savior had switched parties from the (D.F.) and decided to run as a republican. This was a major development and should have been widely reported by the Twin Cities news media. Instead, it was quietly swept under the carpet. Above all, some of the listed defendants in this petition, engaged in what the late Hubert Humphrey called "the politics of manipulation... the politics of media." In 1998, the media promised to the Minnesota News Council State Agency, they would abide by the laws of the land of Minnesota by treating all candidates fairly. It is fair to say they violated and broke their own promises not only to the Minnesota News Agency but also to the people of Minnesota.

Above all, they embarked on a systematic method of lies, misinformation and outright disinformation to in order to shape the mindset of the vast majority of the Minnesota voters. In summary, they in avertedly engaged in a politics of omission by refusing to acknowledge a significant development in the State which would have made news anywhere based on the perception that we the plaintiff did not have enough capital to win the elections against the republicans. The civil rights of Peter Idusogie and Ole Savior were not only violated but our first amendment rights were trampled upon by the decision of powerful entities within the establishment working in a systematic cooperation with notable organizations such as the League of Women Voters and the Hubert Humphrey institute, to deny us the same opportunity given to other candidates to speak at their forums or debate, prior to the August 10th, 2010 primary election. The league sponsored some of theses debates with their counterparts in the press and did not include us on these debates in Minnesota.

5

The League of Women Voters together with the listed press made up an arbitrary rule of 5%
poll notoriety. This method of exclusivity and censorship was predicated, on having polled
about 5% or more in a state wide poll. Peter Idusogie and Ole Savior question the legality of the
5% rule because it is neither an election law nor a written law that the press must adhere to when
covering candidates running for office. The truth is this is a number made up by the media to be
a disqualifying factor that allows the press to illegally exclude candidates to soot their agenda.
With no profile debates or written material or even the name listed of the candidates the media
has decided on their own volition to exclude, which was what was done to Peter Idusogie and
Ole Savior on the so called State polls, a zero will be a more likely outcome with a smile on
media's face. What is interesting here is how can people express their support for you, if you are
never listed by the press or your picture shown to the public? It is a fact, that public exposure
was limited by the deliberate action on the press making it almost impossible to gain recognition
by potential voters.

At the D.F.L convention, each candidate running for governor was given 15 minute to speak
and then invited to a debate like forum after all the candidates had an opportunity to speak. The
next day, all the candidate's pictures were on the front page of the Duluth News Tribune excerpt
one, Peter Idusogie.

His picture was omitted from the front page Newspaper. Neither was any article written
about him. This was unprecedented. Ironically, MPR refused to carry even one sentence of
their speech while they carried the voices of the other candidates in attendance. Imagine Barack
Obama in the year 2008 attending a debate with his democratic counterpart in the 2008

. 6

Presidential race and when one reads the Washington Post the next day, his picture is the only
one omitted from the slew of candidates debating at the podium and not one piece of article is
written about him?  This happened in Minnesota, the great state that championed civil rights long
before Martin Luther King was a household name in America.

It is obvious by looking at the recorded video of the speeches and debate forum at the D.F.L
convention in March, Peter Idusogie and Ole Savior would have been a formidable contenders at
any of the public debates prior to the August 10th,2010 primary election . Both Peter Idusogie
and Ole Savior write their own speeches, do all their research and were considered moderate in
their views.  Both are pragmatic and known to respect but have a disdain for the power of
divisive politics and extreme ideologues.   Peter Idusogie and Ole Savior did not have the money
the media wanted but offered innovation solutions and bold vision making them a clear threat to
the existing status quo candidates and the 'king Makers' of their respective political parties.

Peter Idusogie was the only candidate that spoke about the growing suicide rate among our
youth and teenagers and the need to make a commitment to nip this in the bud.  Although M.P.R
decided not to cover his speech, three days later on Tuesday, M.P.R ran a program on suicide
that originated from National Public Radio.  The truth is ever since then, we have seen suicide
rate grow in our country in among some of our uniformed men and women, in young gay men
and in general, among teenagers.   M.P.R did not invite Peter Idusogie, the other minority
candidate to participate in the debate at Fitzgerald Theatre in St. Paul two days before the
Primary election in which Margaret Kelliher, Mark Dayton and Matt Entenza were invited.  As a
public radio station they had a responsibility to include all candidates for governorship that made

it to the August 10th 2010 primary ballot in the state of Minnesota. They violated F.C.C rules and regulations. M.P.R is a great radio station worthy of emulation that relies on public money. Yet it did not want that same public that funnels thousands of dollars to keep it afloat from knowing the truth that it was engaging in blatant discrimination in excluding the voice of another candidate from being heard through its airwaves.

To strengthen our argument at the Farm Fest in Morton, Minnesota Public Radio and their local affiliated stations omitted Peter I. Idusogie and Ole Savior from the debate. All other candidates from the Republican, D.F.L, and Independent candidates were able to speak and debate. In addition Minnesota Public Radio and the host in charge went so far as to deny Ole Savior from joining the debate with the rest of the candidates when he showed up at the venue. It is fair to say, by not allowing him to speak his first amendment and 9th amendment constitutional rights and freedom of speech was also denied.

Almanac is a public television station that was "unfair to us" They refused to give equal time to candidates on political views. We believe they violated F.C.C rules and played favorites in their selection of gubernatorial candidates that were invited to their show prior to the August 10th primary election. In addition, they allowed their favorite candidates to have their Lt. Governor candidates appear on their show and refused equal time for our own Lt. Governor candidates. They did not even mention their names on their show.

Ole Savior and Peter Idusogie are going to court to prove outright deception by the media occurred prior to the August 10th primary race. When a radio station announces on the air that

"all three democrats have agreed to raise taxes" without asking Peter Idusogie, let alone, acknowledge Peter Idusogie is a candidate registered to run on the DFL ticket on the August 10th 2010 primary election.   This is clearly false information.   Peter Idusogie and Ole Savior are seeking redress of grievances in a peaceful manner.   The State of Minnesota prides itself on being fair, accurate, and honest.  The coverage of this race by the members of the press listed on this petition was disgraceful and brought great dishonor on the news media in Minnesota.

To that effect, as ordinary citizens of Minnesota, Peter Idusogie of the DFL Party and Ole Savior of the Republican Party are exercising our constitutional and civil rights by filling a law suit to first rectify the above listed illegal activities of the press and equally important, to seek redress from our grievances from the deception, misinformation, deliberate subtraction, omission, disinformation and an outright violation of our civil and constitutional rights.  We are also making it crystal clear that the people of Minnesota were misled in believing the deception the media actively portrayed in their coverage of the governors race before the August 10<sup>th 2010</sup> primary.  This was done in their determined drive to influence the primary elections according to their preference and so called 'favorite' candidates.  Today, Peter Idusogie and Ole Savior have joined together to speak truth to these matters.

**Mark Twain said, "A lie can travel halfway around the world while truth is putting on its Shoes"**

This lawsuit is not about infringing on the rights of the news media(defendants) listed in this petition to carry out their legitimate duties within the confines and guidelines governing their profession.  Both Peter Idusogie and Ole Savior are not angry with the press and have no interest in censoring  or limiting press freedom.  "A man's wisdom gives him patience. It is his glory to

,9

overlook an offense." –Proverbs 19:11 On the other hand, the freedom to disseminate

information about their candidacy for governor was hampered by the defendants. We go to court

among other things to reassert righteousness and justice back into the political process by

ensuring probity, integrity and unbiased media coverage. It is to ensure in the words of the late

Senator Paul Wellstone that the little fellas and not just the Rocky-fellas have the same

opportunity to be covered by the press when they run for office. We are going to court to prove

the defendants in addition to violating our civil and first amendment rights, may have broken

State and Federal laws and possibly unduly influenced the August primary election to suit their

own political agendas. This will be masterfully proven in court. It is about the extraordinary

power they now wield in determining who eventually gets elected based on their coverage. This

unquestionable power and might they have acquired over a period of time has now begun to

undermine the greatest political system in modern history admired by the world: The United

States democratic process.


Ole Savior was the first political candidate running for office to suggest we use part of the

proceeds from the lottery to make up for the Minnesota's budget shortfall. He was never

credited for it. Peter Idusogie's campaign for governor was to bring people together rather than

be a nuisance to the D.F.L party, by rallying the people of Minnesota and the country around the

truth on the critical issues that confront our generation. Idusogie recognized the declining

economic clout of America was the unwillingness of its leaders to courageously speak the truth

on all issues and the penchant by these leaders to taking short cuts or 'half baked solutions' to

cater to the morbid based instincts of an increasingly polarizing and anger driven voting

population. The Press has relegated our political discourse to this saga and has contributed in no

small way in fueling a bitter and rancorous political debate on ideological issues that is now tearing our country apart. They make money through this formula as it provides millions of advertizing dollars that in most cases, fuels the wicked spirit of division in America today while swelling the media's coffers. This country is not only made up of the wealthy, the elite and the powerful but ordinary men and women of humble beginnings and whose contribution to the social economic development of the United States of America cannot and would not be overlooked.

The Constitution stating "We the People" means everyone and not just the elite or few favorites chosen by the media. Our great nation is badly in need of uncommon wisdom and sound judgment to steer us out of the economic doldrums we currently face. Wisdom does not discriminate nor is it bestowed only to the rich, powerful and to those who went to Ivy League schools. *It is written that "The race is not to the swift, Nor the battle to the strong, Nor bread to the wise, Nor riches to men of understanding, Nor favor to men of skill; but time and chance happen to them all."*--NKJV, ECC 8:11

Ole Savior and Peter Idusogie will prove in the U.S Courts that the local media has attempted to control who wins and loses election by self-appointing **themselves** on the amount of time to give in terms of air time, readership exposure to the public and the education of potential voters. In addition, the information they release can easily make or break a candidate with so called 'polls' that leave out certain candidates on the list. We will prove that the amount of money coming to them through advertizing dollars from candidates plays a powerful role in

preferential coverage and treatment. No where was this more visible than in the press coverage preceding the primary election in Minnesota on August 10th, 2010

Peter Idusogie and Ole Savior are seeking redress and relief from the United States Courts and other appropriate channels in stating that the main press listed on this lawsuit, greatly undermined the democratic process by acting illegally, as the all powerful **'Fourth Estate'** of our constitutional republic tainting the August 10th, 2010 primary election.

Peter Idusogie and Ole Savior are exercising their 14th amendment rights to petition the Government for a redress of grievances to correct an injustice in the way the press undermined their race for governor by excluding them in their coverage including using words in a condescending manner like 'frequent candidate' to discredit them in the eyes of the public.

Peter Idusogie and Ole Savior are going to court Pro SE meaning, they would be representing themselves in the U.S courts. Legal assistance from progressive and patriotic citizens of Minnesota who strongly believe in righteousness and justice are welcome.

Since the media did not treat all the candidates fairly preceding the August 10th 2010 primary election, and there is evidence that as a result of their actions the election was fraudulently tainted, Peter Idusogie and Ole Savior are asking the Courts of the United States to look into this matter for possible fraud and to nullify the results of the primary election by declaring it null and void and subsequently, throw out the results of the August 10th Primary race.

.1 2

Also, we are requesting another election involving the full participation of the candidates on the August 10th, 2010 primary ballot, should be held. The cost of this election will be bore by the press and the Secretary of State office whose actions also left much to be desired. Hopefully, this will send a powerful message about the need for integrity, a spirit of excellence in the press coverage and accuracy of their report.

We asking the White House to order the Attorney General to begin investigation and look into the possible violation of the civil rights of the plaintiffs.

Peter Idusogie and Ole Savior are seeking one million dollars each from the listed defendants and in addition punitive damages ($12 million plus punitive damage) for the violation of their civil rights, the first, 9th and 14th amendment constitutional rights. We are also seeking redress of grievances for the pain their illegal activity caused our campaign, demoralizing our ardent supporters, and to some extent, undermining our candidacy in the eyes of the public because of an arbitrary system of exclusion in news coverage and invitations to key debates.

We are asking the courts of the United States to rule in the favor of the people of Minnesota in ensuring that all candidates running in State wide races in future are treated fairly in accordance with the Minnesota News Council.

Giving the fact, that some of these requests could delay the seating of a new government in Minnesota, come January 2011 we are invoking our 7th amendment rights, calling for a speedy trial by an impartial jury of our peers as part of the judicial process.

.13

Finally, we ask the courts of the United States to recommend in their final judgment, that the various news media including Minnesota Public Radio, the League of Women Voters and the Humphrey Institute to mention but a few, include in future, all candidates on the primary ballot in State wide races on debate these institutions hold, rather than engage in selective discrimination. The purpose of this is to ensure that we the people of Minnesota can be better informed.

We reserve the right later on to file legitimate complaints with the Federal Communication Commission (FCC) on possible violation of F.C.C rules when the renewal of the license of the various News media comes up.

Ole Savior and Peter Idusogie are filing a law suit against the following defendants and a copy of petition will be submitted to the Federal U.S.Courts, the Minnesota Campaign Finance Board and the Minnesota Supreme Court.

1) Office of the Secretary of State-Mark Ritchie
180 State Office. 100 Martin Luther King Blvd. St Paul MN. 55155

2) The Minneapolis Star Tribune Co.
425 Portland Avenue. Minneapolis, MN 55401

3) The St. Paul Pioneer press
345 Cedar Street, St Paul. MN 55101

4) KSTP News Channel "5"
3415 University Avenue St. Paul.MN 55114

5) WCCO Channel 4 News
90 south 11th Street Minneapolis, MN. 55403

14

6)  KARE 11 News
    8811 Olson Memorial Hwy, Minneapolis, MN 55427

7)  Channel 9 KMSP
    11368 Viking Drive Eden Prairie MN. 55344

8)  Duluth New Tribune        *News; Correction O.S.r To:*
    424 W. First Street. Duluth, MN 55802 *Duluth Tribune News*

9)  MN League of Women Voters
    550 Rice Street St. Paul MN. 55103

10) Minnesota Public Radio
    480 Cedar St. Paul. MN 55101

11) Hubert Humphrey Institute *U of M*
    301 19th Avenue South Minneapolis. MN 55455

12) Almanac-Mary Lahammer *T.P.T.*
    172 East 4th Street. St. Paul, MN 55101

LUISANA A. PINALES
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2015

PETER IDUSOGIE

JURY TRIAL / PRO SE     NOV, 4TH 2010

OLE SAVIOR

JURY TRIAL/ PRO SE     NOV, 4TH 2010

1905 ELLIOT AVENUE SOUTH
MINNEAPOLIS, MN 55404.

.15