# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PETER IDUSOGIE and
OLE SAVIOR,

        Plaintiffs,

v.

**ORDER**
Civil File No. 10-4483 (MJD/FLN)

THE MINNEAPOLIS STAR
TRIBUNE, et al.,

        Defendants.

Peter Idusogie and Ole Savior, pro se.

John P. Borger and Mary Andreleita Walker, Faegre & Benson LLP, Counsel for Defendants The Minneapolis Star Tribune, Kare 11 News, and Minnesota Public Radio.

Paul R. Hannah, Kelly and Hannah, P.A., Counsel for Defendants KSTP News Channel, Channel 9 KMSP, St. Paul Pioneer Press, and Almanac-Mary Lahammer T.P.T.

Kristin L. Kingsbury, Gerald S. Duffy, and Leslie M. Witterschein, Monroe, Moxness & Berg, PA, Counsel for Defendant MN League of Women Voters.

Tracy M. Smith, Associate General Counsel, University of Minnesota, Counsel for Defendant Hubert Humphrey Institute.

Nathan J. Hartshorn, Assistant Attorney General, Counsel for Defendant Minnesota Office of Secretary of State.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin Noel dated June 29, 2011. [Docket No. 90] Plaintiffs filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record of the Magistrate Judge's disposition. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Noel dated June 29, 2011.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Franklin Noel dated June 29, 2011 [Docket No. 90].

2. Defendants' Motions to Dismiss [Docket Nos. 5, 17, 24, 34, 39, 59, 64, 79] are **GRANTED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 22, 2011         s/ Michael J. Davis
                             Michael J. Davis
                             Chief Judge
                             United States District Court